No. 214. CITY OF BLACKWELL, PLAINTIFF IN ERROR, *v.* CITY OF NEWKIRK ET AL. In error to the Supreme Court of the State of Oklahoma. Submitted January 29, 1914. Decided February 2, 1914. *Per Curiam.* Dismissed for want of jurisdiction. *Millingar* v. *Hartupee,* 6 Wall. 258; *Hamblin* v. *Western Land Co.,* 147 U. S. 531; *New Orleans Water Works Co.* v. *Louisiana,* 185 U. S. 336; *Sawyer* v. *Piper,* 189 U. S. 154; *Delmar Jockey Club* v. *Missouri,* 210 U. S. 324. *Mr. A. G. C. Bierer, Mr. Frank Dale* and *Mr. Joseph W. Bailey* for the plaintiff in error. *Mr. C. L. Pinkham* and *Mr. J. F. King* for the defendants in error.

----

No. 217. ANNA HAWLEY, PLAINTIFF IN ERROR, *v.* JOSEPH W. WALKER, CONSTABLE, ETC. In error to the Supreme Court of the State of Ohio. Argued January 30, 1914. Decided February 24, 1914. *Per Curiam.* Judgment affirmed with costs upon the authority of *Muller* v. *Oregon,* 208 U. S. 412; *Lindsley* v. *Natural Carbonic Gas Co.,* 220 U. S. 61, 78, 79. *Mr. J. M. Sheets* for the plaintiff in error. *Mr. Louis D. Brandeis, Mr. Timothy S. Hogan, Mr. Frank Davis, Jr.,* and *Mr. Clarence D. Laylin* for the defendant in error.

----

No. 200. THE COMMONWEALTH OF PENNSYLVANIA, APPELLANT, *v.* THE YORK SILK MANUFACTURING COMPANY, BANKRUPT. Appeal from the United States Circuit Court of Appeals for the Third Circuit. Submitted January 27, 1914. Decided March 2, 1914. *Per Curiam.* Dismissed for want of jurisdiction. *Holden* v. *Stratton,* 191 U. S. 115. *Mr. Jackson H. Ralston* and *Mr. William E. Richardson* for the appellant. *Mr. Henry C. Niles* for the appellee.